Thad WELCH

v.

INTERIM SUPERINTENDENT, BURNELL LEJEUNE, et al.

NO. 2016–C–1215

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Lafayette, 15th Judicial District Court Div. D, No. C–2014–6208; to the Court of Appeal, Third Circuit, No. 16–74; October 17, 2016.

⌐Denied.

Erica Castle HAYES, Individually and as Natural Tutor of the Unemancipated Minor Child, Unique Hayes

v.

SHERATON OPERATING CORPORATION, The Sheraton, LLC, Starwood Hotels & Resorts Wordwide, Inc., Canal Street Holdings, Inc., Connie Addison, Individually and as Natural Tutor of the Unemancipated Minor Child, Arianne Addison, Cullen Howard, III, and Orleans Parish School Board

No. 2016-C-1212

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. F, No. 2012-05055; to the Court of Appeal, Fourth Circuit, No. 2016-CA-0038

⌐Denied.

Bridgette JONES, Odessa Lawson and Gerald Wyatt

v.

LAFOURCHE PARISH

NO. 2016-01217

Supreme Court of Louisiana.

October 17, 2016

⌐Denied.

JOHNSON, C.J., would grant.